UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOZINE JOHNSON | CIVIL ACTION |
| VERSUS | NO. 12-0621 |
| BURL CAIN | SECTION: "B"(4) |

### JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, Burl Cain, and against the petitioner, Mozine Johnson, dismissing with prejudice Johnson's petition for issuance of a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254.

New Orleans, Louisiana, this 29th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE