UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOZINE JOHNSON | CIVIL ACTION |
| VERSUS | NO. 12-0621 |
| BURL CAIN | SECTION: "B"(4) |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):
_____
_____
_____

 XX  a certificate of appealability shall not be issued for the following reason(s):

**DENIED** on all claims except the ineffective assistance of counsel claim. See Record Documents Numbers 9 and 12.

New Orleans, Louisiana, this 30th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE